IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO JERRY MENCHACA,<br><br>    Petitioner,<br><br> vs.<br><br>ROBERT AYERS, Warden,<br><br>    Respondent. | No. C 07-4051 RMW (PR)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br><br>(Docket No. 2) |

    Petitioner, a state prisoner proceeding <u>pro se</u>, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion to proceed in forma pauperis. However, petitioner paid the $5.00 filing fee on August 7, 2007. Accordingly, petitioner's motion to proceed in form pauperis (docket no. 2) is DENIED as moot. The court will review the petition in a separate written order.

    IT IS SO ORDERED.

DATED: __8/22/2007_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Motion to Proceed in Forma Pauperis as Moot
P:\pro-se\sj.rmw\hc.07\Menchaca451ifpden

1 | This is to certify that on ___8/22/2007_____, a copy of this ruling was mailed to the following:

3 | Gerardo Jerry Menchaca
D-87412
4 | San Quentin State Prison
San Quentin, CA 94974

Order Denying Motion to Proceed in Forma Pauperis as Moot
P:\pro-se\sj.rmw\hc.07\Menchaca451ifpden