# EXHIBIT 1

DEPT. No. 27        CASE No. 148873

# In the Superior Court of the State of California

IN AND FOR THE _____ COUNTY OF SANTA CLARA

### ABSTRACT OF JUDGMENT
(Commitment to State Prison as provided by Penal Code Section 1213.5)

The People of the State of California, )

vs

GERARDO JERRY MENCHACA
Defendant

Hon   JAMES H. CHANG
(Judge of Superior Court)

DAN CARR
(District Attorney)

JOHN VAUGHN (Public Def.)
(Counsel for Defendant)

This certifies that on the 7th day of Feb., 19 92 judgment of conviction of the above-named defendant was entered as follows:
In Case No. 148873 Count No. 01 he/she was convicted by JURY ; on his/her plea of
not guilty (guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of
insanity); of the crime of Second Degree Murder

(designation of crime and degree, if any, including fact that it constitutes a second or subsequent conviction of same offense if that affects the sentence and if under Section 209 of the Penal Code whether victim suffered bodily harm):

in violation of Penal Code Section 187
(reference to Code or Statue, including Section and Sub-section):

with prior convictions charged and proved or admitted as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|---|---|---|---|
| 07-22-86 | Santa Clara, California | case #105477 HS 11378.5 | State Prison--PC667.5(b) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Defendant was not charged and admitted being, or was found to have been armed with a deadly weapon at the time of commission of
(was) or (was not)

the offense, or a concealed deadly weapon at the time of his/her arrest within the meaning of Penal Code Sections 969c and 3024.

7956A Rev 11/91

Defendant __was not__ adjudged a habitual criminal within the meaning of Sub-division _____ of
(was) or (was not)

Section.

Section 644 of the Penal Code; and the defendant __is not__ a habitual criminal in accordance with Sub-division (c) of that
(is) or (is not)

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by

imprisonment in the State Prison of the State of California for the term provided by law, and that he/she be remanded to the

Sheriff of the _____ County of __Santa Clara__ and by him/her delivered to the

Director of Corrections of the State of California at the place hereinafter designated.

It is ordered that sentences shall be served in respect to one another as follows __Count 1:  15 years to life;__
(Note whether concurrent or consecutive as to each count):

__on PC 667.5(b) prior: one year consecutive to count 1;  for total of 16 years to life.__

and in respect to any prior incomplete sentence(s) as follows: __not applicable__
(Note whether concurrent or consecutive as to all incomplete sentences from other jurisdictions):

Defendant advised of parole period of 5 years to life.  Defendant to pay restitution fund

fine of $100 and attorneys fees of $100.  Defendant advised of appeal rights.

Credit for time served= 252 actual + 126 (4019) = 378 total days.

To the Sheriff of the _____ County of __Santa Clara__ and to the Director of Corrections:

Pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above-named defendant into the

custody of the Director of Corrections at __San Quentin Reception Center__

at your earliest convenience.

Witness my hand and seal of said court

this 13th day of __February, 1992__

__GRACE YAMAKAWA__ _____ Clerk

by: _____ Deputy

Bonnie Estes

State of California, )ss.
)
_____ County of __Santa Clara__ )

   I do hereby certify the forgoing to be a true and correct abstract of the judgment duly made and

entered on the minutes of the Superior Court in the above entitled action as provided by Penal Code

Section 1213.

Attest my hand and seal of the said Superior Court this 13th day of February 19 92

GRACE YAMAKAWA

County Clerk and Ex-officio Clerk of the Superior Court of the State of California in and for the

_____ County of __Santa Clara__

The Honorable: _____, James H. Chang

Judge of the Superior Court of the State of California, in and for the _____ County of

Santa Clara

Note:  If probation was granted in any sentence of which abstract of judgment is certified, attach a minute order reciting the fact

and imposing sentence or ordering a suspended sentence into effect.

7956C Rev 11/91

OR    OTHER SENTENCE CHOICE

| | |
|---|---|
| OR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA | |
| BRANCH HALL OF JUSTICE | |

| OURT I.D. | | | |
|---|---|---|---|
| E OF THE STATE OF CALIFORNIA versus | ☒ PRESENT | CASE NUMBER(S) | |
| ENDANT: GERARDO JERRY MENCHACA | ☐ NOT PRESENT | 148873 | -A |
| AKA: | | | -B |
| URT OF: ☐ DEATH SENTENCE     AMENDED | | | -C |
| ☒ INDETERMINATE SENTENCE     REPORT ☐ | | | -D |
| ☐ OTHER SENTENCE CHOICE | | | -E |

| OF HEARING (MO/DAY/YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 02-07-92 | 27 | JAMES H. CHANG | BONNIE ESTES |

| RTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| JOAN SCHAFER | DAN CARR | JOHN VAUGHN (PD) | DIANE KLINKE |

EFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS)

ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR OF DATE COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | 654-STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | PC | 187 | Murder--2nd degree | 91 | 01 | 08 | 92 | X | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

ENHANCEMENTS (charged and found true) TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. DO NOT LIST enhancements charged but not found true or stricken under § 1385. DO NOT LIST TIME imposed. For indeterminate terms. report enhancements and time imposed for them on the abstract.

| Count | Enhancement | | Enhancement | | Enhancement | | Enhancement | | Enhancement | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |

ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly §667-series) and OTHER.
st all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under that same section, repeat it for each enhancement (e.g., if 2 non-violent or prison terms under § 667.5(b) list § 667.5(b) 2 times. DO NOT LIST enhancements not found true. Also enter here any enhancement not provided for in space 2. DO NOT LIST TIME posed.
r indeterminate terms. report enhancements and time for them on the abstract.

| Enhancement | | Enhancement | | Enhancement | | Enhancement | | Enhancement | |
|---|---|---|---|---|---|---|---|---|---|
| PC 667.5(b) | | | | | | | | | |
| Enhancement | | Enhancement | | Enhancement | | Enhancement | | Enhancement | |

Defendant was sentenced TO DEATH on counts _____

Defendant was sentenced to State Prison for an indeterminate term:        **plus 1 year on PC667.5(b) for total of 16 years to**
A. ☒ For LIFE, or a term such as 15 or 25 years to life, WITH POSSIBILITY OF PAROLE on counts ___01___        **life.**
        credit time served= 252 actual + 126 (4019) = 378 total days.

B. ☐ For LIFE WITHOUT the possibility of parole on counts _____

C. ☐ For other term prescribed by law on counts _____        (Life Terms are on "A" and "B".)

Counts _____        are alternate felony/misdemeanors and were DEEMED MISDEMEANORS.

A term in jail ☐ was    ☐ was not ☐ ordered.

For counts _____        the defendant was placed on FELONY probation.

A. (1) ☐ Sentence pronounced and execution of sentence was suspended; or

(2) ☐ Imposition of sentence was suspended.

☐ Conditions of probation included    ☐ Jail Time    ☐ Fine

ther dispositions

☐ Defendant was committed to California Youth Authority.

☐ Proceedings suspended, and defendant was committed to California Rehabilitation Center.

☐ Proceedings suspended, and defendant was committed as a Mentally Disordered Sex Offender.

☐ Proceedings suspended, and defendant was committed as a mentally incompetent.

*The following persons were present and addressed the Court re sentencing:*
*1. Gary Edward Figueroa II*
*2. Gary Figueroa*
*3. Bud Charles Figueroa*
*4. Cynthia Figueroa*

Formal Probation ☐ Granted ___ years ☐ For period co-terminous with Jail Sentence _____ ☐ Defendant committed to CYA ☐ Advised of Appeal Right

County Jail _____ with credit for time served of _____ days ☐ Consecutive/Concurrent _____ ☐ Pre-Processing date _____ at _____ M

☐ Jail sentence to be served on Weekend Work Program ☐ Weekend/s ☐ Work Furlough Recommended ☐ No Programs

Jail sentence stayed until _____ at _____ M. ☐ Review date _____ in Department _____

☐ Jail sentence suspended pending completion of Commun. Altern./Elect. Monit. Prgm. _____ ☐ Perform _____ hours uncompd. commun. service work

☐ Restitution Fine $ _____ ☐ Drug Program Fee $ _____ ☐ Alcohol Education Fee $ _____ ☐ Fine $ _____ ☐ Penalty $ _____ ☐ Concurrent w/sentence at $ _____ / day

☐ Lab Fee $ _____ ☐ Attorney Fees ordered $ _____ ☐ APO Repl. Fee $ _____ ☐ Probation Cost _____ /mo ☐ other Fees: _____

☐ _____ Counseling ☐ No Alcohol/drugs/or where sold ☐ Complete Alcohol/Drug Prgm _____ ☐ Release to representative _____

☐ Submit to search/testing ☐ Not own/possess deadly/dangerous weapons ☐ Weapon ordered destroyed ☐ Restitution _____ ☐ Empl/Trg

☐ Driver's License suspended/revoked _____ ☐ Restricted _____ ☐ Complete Multiple Offender Prgm/First Offender _____

☐ OTHER ORDERS: _____

Criminal Proceedings having been previously suspended ☐ Matter submitted on report of Dr. _____ ☐ Court finds Defendant ☐ a Narcotic/Drug Addict

☐ Incompetent ☐ Insane   Defendant committed to ☐ California Rehabilitation Center under ☐ 3051 WI ☐ 3050 WI _____ ☐ State Hosp. ☐

Motion of the ☐ People ☐ Defendant ☐ Court orders _____ dismissed _____

FEB 13 1992

OTHER SENT