# EXHIBIT 9

**FILED**

MAR 12 2007

KIRI TORRE
Chief Executive Officer
Superior Court of CA County of Santa Clara
BY _____ DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

In re )           No.: 148873
)
    GERARDO JERRY MENCHACA, )
) ORDER
On Habeas Corpus )
)

The California Supreme Court, in *In re Dannenberg* (2005) 34 Cal.4th 1061, finding the Parole Board's procedures lawful because the Board is constrained by a framework within which to exercise discretion, stated: "the regulations do set detailed standards and criteria for determining whether a murderer with an indeterminate life sentence is suitable for parole." (*Dannenberg* at p. 1080. See also page 1096, footnote 16: "the Board must apply detailed standards when evaluating whether an individual inmate is unsuitable for parole on public safety grounds.") In this case the crime itself, and Petitioner's recent 115s, appear to show unsuitability under the standards. Accordingly the habeas petition is DENIED.

DATED: **12 Mar**, 2007

PAUL BERNAL
JUDGE OF THE SUPERIOR COURT

cc:  Petitioner
     Attorney General
     Research (12-13A)
     CJIC

1

| IN THE SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF SANTA CLARA | **FILED**<br>MAR 12 2007<br>KIRI TORRE<br>Chief Executive Officer<br>Superior Court of CA County of Santa Clara<br>BY_____ DEPUTY |
|---|---|
| Plaintiff/Petitioner<br>Gerardo Jerry Menchaca | |
| In re: People vs. Menchaca | |
| **PROOF OF SERVICE OF:** Order in re: Habeas Corpus | Case Number:<br>148873 |

CLERK'S CERTIFICATE OF MAILING: I certify that I am not a party to this cause and that a true copy of this document was mailed first class postage fully prepaid in a sealed envelope addressed as shown below and the document was mailed at SAN JOSE, CALIFORNIA on 3/12/07. I declare under penalty of perjury that the foregoing is true and correct.

DATED: 3/12/07

Kiri Torre, Chief Executive Officer

BY: Catherine Guerra, Deputy Clerk

| Gerardo Jerry Menchaca<br>San Quentin State Prison<br>San Quentin, CA 94974 | Research Attorney Criminal Division<br>190 W. Hedding Street<br>San Jose, CA 95110<br>*Placed in Research Attorney pick up box at HOJ |
|---|---|
| | Attorney General of the State of California<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 |
| | CJIC |
| | |

Proof of service
Clerk's Certificate of Service