GERARDO MENCHACA
D-87412, 3C-38 LOW
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94974
IN PRO SE

FILED

2008 JUN 19 P 3: 25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
ND OF CA S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERARDO JERRY MENCHACA,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, Warden,<br><br>    Respondent. | No. C 07-4051 RMW (PR)<br><br>MOTION FOR RELIEF FROM DEFAULT<br>IN FILING LATE<br><br><br>Judge: The Honorable<br>        Ronald M. Whyte |

Petitioner Gerardo J. Menchaca respectfully motions the Court to grant him relief from default in filing late. Petitioner is in Administrative Segregation for disciplinary actions now being challenged on appeal and was not able to get copies until June 15, 2008.

Dated June 15, 2008

Respectfully submitted,

*Gerardo J. Menchaca*

Gerardo J. Menchaca

Petitioner in Pro Se