EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
JESSICA N. BLONIEN
Supervising Deputy Attorney General
DENISE A. YATES, State Bar No. 191073
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5531
 Fax: (415) 703-5843
 Email: Denise.Yates@doj.ca.gov
Attorneys for Respondent Robert L. Ayers, Jr.,
Warden at San Quentin State Prison
SF2008400800

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **GERARDO JERRY MENCHACA,**<br><br>Petitioner,<br><br>v.<br><br>**ROBERT AYERS, Warden,**<br><br>Respondent. | No. C 07-4051 RMW (PR)<br><br>**RESPONDENT'S OBJECTION TO PETITIONER'S TRAVERSE** |

    Respondent objects to Petitioner Menchaca's Traverse because it includes claims that he did not allege in his petition. In addition to the claims this Court found cognizable in his Petition, Menchaca asserts that: (1) this Court should apply the clear and convincing or substantial evidence standard rather than the some-evidence standard (Traverse 13-14); and (2) the Board's determination that his crime was especially cruel or egregious is unconstitutionally vague and standardless (Traverse 17-18). Because Menchaca raised these claims for the first time in his Traverse, it has not been established that Menchaca exhausted these claims in the highest state court. Therefore, this Court cannot grant any relief on these claims. 28 U.S.C. §

1  2254(b)(1)(A).

2        Dated: June 23, 2008

3                                           Respectfully submitted,

4                                           EDMUND G. BROWN JR.
                                            Attorney General of the State of California

5                                           DANE R. GILLETTE
                                            Chief Assistant Attorney General
6
                                            JULIE L. GARLAND
7                                           Senior Assistant Attorney General

8                                           JESSICA N. BLONIEN
                                            Supervising Deputy Attorney General

9                                           /s/ Denise A. Yates
10
                                            DENISE A. YATES
11                                          Deputy Attorney General

12                                          Attorneys for Respondent Robert L. Ayers, Jr., Warden at
                                            San Quentin State Prison
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Menchaca v. Ayers**

No.:   **C07-4051 RMW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 25, 2008**, I served the attached

### RESPONDENT'S OBJECTION TO PETITIONER'S TRAVERSE

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Gerardo Jerry Menchaca, D-87412**
**San Quentin State Prison**
**1 Main Street**
**San Quentin, CA 94964**
IN PRO PER

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 25, 2008**, at San Francisco, California.

J. Palomino
Declarant

_Signature: J. Palomino_

20118789.wpd