Dear Clerk of the court                                June 9, 2008

**FILED**

I'm writing to inform the court of a change of address. I was at San Quentin State Prison, and have been transferred to Pelican Bay State Prison.

Thank you
Gerardo Menchaca

Case. No. C 07-4051 RMW (PR)


Gerardo Menchaca D-87412
P.B.S.P. SHU C7-124
P.O. Box 7500
Cresent City, CA 95532

GERARDO MENCHACA D-87412
P.B.S.P SHU CT-124
P.O. BOX 7500
CRESENT CITY, CA 95532

CONFIDENTIAL
LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SO. FIRST STREET, ROOM 2112
SAN JOSE, CA 95113-3095

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-7

J. Nadine

7-9-8

© USPS 2008

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.