1
2
3
4
5
6                                                                *E-FILED - 1/30/09*
7
8
                        IN THE UNITED STATES DISTRICT COURT
9
                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
   GERARDO JERRY MENCHACA,           )      No. C 07-4051 RMW (PR)
12                                   )
            Petitioner,               )      ORDER GRANTING MOTION
13                                   )      FOR RELIEF FROM DEFAULT
     vs.                             )
14                                   )
   ROBERT AYERS, Warden,             )
15                                   )
            Respondent.               )      (Docket No. 8)
16 _____)

17      Good cause being shown, petitioner's motion for relief from default in filing late is

18 GRANTED. Accordingly, petitioner's traverse, filed June 19, 2008, is deemed timely filed.

19      IT IS SO ORDERED.

20 DATED:  __1/30/09_____                 _____
                                            RONALD M. WHYTE
21                                          United States District Judge

22
23
24
25
26
27
28

Order Granting Motion for Relief from Default
P:\PRO-SE\SJ.Rmw\HC.07\Menchaca051def.wpd