*E-FILED - 7/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERARDO JERRY MENCHACA, | ) | No. C 07-04051 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| ROBERT AYERS, Warden, | ) | |
| Respondent. | ) | |

    The court having denied the petition for a writ of habeas corpus, judgment is hereby entered in favor of respondent and against petitioner.

    IT IS SO ORDERED.

DATED: 7/7/09

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PROSEEX1\J Murai\Menchaca_judgment.wpd

1